# United States Court of Appeals for the Federal Circuit

———————————————

January 30, 2019

**ERRATA**

———————————————

2017-2624

———————————————

**IN RE: IKEDA FOOD RESEARCH CO., LTD.,**
*Appellant*

———————————————

Decided: January 29, 2019
Non-Precedential Opinion

———————————————

Please note the following changes:

On page 2, line 2, delete "in an ex parte reexamination".

On page 2 line 3, delete "23" and replace with "33".